AO 440 (Rev 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

TRUSTEES OF THE CEMENT MASONS PENSION
FUND, LOCAL 803 et. al.

      Plaintiffs,

  V.

CAMP FLOORING & CONCRETE COATINGS, INC.,
an Illinois corporation

      Defendants.

CASE NUMBER:  08CV4531

                   JUDGE NORGLE

ASSIGNED JUDGE: MAGISTRATE JUDGE BROWN

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

    CAMP FLOORING & CONCRETE COATINGS, INC.
    C/O ITS REGISTERED AGENT, ~~KEVIN J. MOORE~~ John D. Silk
    55 WEST MONROE STREET, SUITE 3900
    CHICAGO, ILLINOIS 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Donald D. Schwartz
    Arnold and Kadjan
    19 West Jackson Blvd., Suite 300
    Chicago, IL 60604
    (312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*(signature)*
-----------------------------
(By) DEPUTY CLERK

August 11, 2008
-----------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8-13-08   3:40pm |
| NAME OF SERVER (PRINT)  Allen J Harris | TITLE  Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

55 W Monroe Suite 3900 Person who excepted summons (John D Silk), Mr Kevin Moore is with another firm.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-13-2008        [Signature]
                Date            Signature of Server

                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

X  Margret Chastain