## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Case Number: 08-CV-4531

Trustees of the Cement Mason Pension Fund, et al.
                              Plaintiffs,

v.

Camp Flooring & Concrete Coatings, Inc..
                              Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Camp Flooring & Concrete Coatings, Inc.

| | |
|---|---|
| **NAME (Type or print)**<br>Frederick L. Schwartz | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br>s/ Frederick L. Schwartz | |
| **FIRM**<br>Littler Mendelson, P.C. | |
| **STREET ADDRESS**<br>200 North LaSalle Street - Suite 2900 | |
| **CITY/STATE/ZIP**<br>Chicago, Illinois 60601 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>06204341 | **TELEPHONE NUMBER**<br>312-372-5520 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I, Frederick L. Schwartz, certify that on September 4, 2008, a copy of the foregoing *Attorney Appearance* was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Donald D. Schwartz
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, Illinois 60604

/s/ Frederick L. Schwartz